# EXHIBIT 4

## David Hoffman

**From:** David Hoffman
**Sent:** Friday, August 30, 2013 5:26 PM
**To:** 'Kaji, Saori (US)'
**Cc:** michael.schwartz@dlapiper.com; erik.fuehrer@dlapiper.com; Cypress v GSI
**Subject:** RE: Cypress v. GSI: Motion to Transmit the Record Pursuant to Section 1659(b)

Mike,

As we discussed, please find below draft language for a notification letter. After reviewing the ITC protective order again, it appears that paragraph 16 applies and explicit consent of the third party is not required. If you feel otherwise, we would certainly consider alternative language. Also, in view of our discussion, we agree that it makes sense try and see if there are any parties that we could exclude entirely, such as potentially those that settled in the ITC. We can make that decision once we have an agreement on the language.

Thanks and have a nice holiday weekend,

David

---

To: Parties that Produced Documents in ITC Investigation No. 792

After the conclusion of ITC Investigation No. 792, Cypress Semiconductor Corp. and GSI Technology Inc. resumed litigation in case number no. 11-cv-0789 (hereafter “the 0789 case”), which was pending in the District of Minnesota and stayed during the ITC investigation. The 0789 case was subsequently transferred to the Northern District of California, renamed case no. 4:13-cv-3757 (the “3757 case”), and consolidated with case number 2:13-cv-02013-JST (the "2013 case") also pending between the parties.

Under Paragraph 16 of the protective order in the ITC case, confidential business information collected in the ITC investigation may be transmitted to the district court pursuant to Commission Rule 210.5(c). That rule provides that any confidential business information transmitted to the district court is to be “subject to such protective order as the district court determines necessary, pursuant to 28 U.S.C. 1659.” Section 1659 governed the stay of the district court proceedings, and the parties will be shortly filing a motion to transfer the ITC case record to the district court pursuant to Section 1659, which will invoke the procedures of Rule 210.5(c) and paragraph 16. A confidentiality designation of “Highly Confidential – Attorney’s Eyes Only” will be applied to any ITC documents transferred to the district court.

If you wish to challenge the transfer pursuant to Paragraph 16 in the consolidated case, you are invited to either oppose the transfer or file a protective order in the consolidated case prior to September 20, 2013. After this date, assuming that the motion under Section 1659 is granted and a protective order motion has not been filed, the ITC documents will become record in the district court case.

Sincerely,

---

**From:** Kaji, Saori (US) [mailto:Saori.Kaji@dlapiper.com]
**Sent:** Friday, August 30, 2013 11:17 AM
**To:** David Hoffman
**Cc:** michael.schwartz@dlapiper.com; erik.fuehrer@dlapiper.com
**Subject:** RE: Cypress v. GSI: Motion to Transmit the Record Pursuant to Section 1659(b)