MARK FOWLER (Bar No. 124235)
*mark.fowler@dlapiper.com*
GERALD T. SEKIMURA (Bar No. 096165)
*gerald.sekimura@dlapiper.com*
ANDREW P. VALENTINE (Bar No. 162094)
*andrew.valentine@dlapiper.com*
ALAN LIMBACH (Bar No. 173059)
*alan.limbach@dlapiper.com*
TIMOTHY LOHSE (Bar No. 177230)
*timothy.lohse@dlapiper.com*
MICHAEL G. SCHWARTZ (Bar No. 197010)
*michael.schwartz@dlapiper.com*
BRENT YAMASHITA (Bar No. 206890)
*brent.yamashita@dlapiper.com*
SAORI KAJI (Bar No. 260392)
*saori.kaji@dlapiper.com*
DLA PIPER LLP (US)
2000 University Avenue
East Palo Alto, CA 94303-2214
Tel: 650.833.2000
Fax: 650.833.2001

Attorneys for Defendant
GSI TECHNOLOGY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

CYPRESS SEMICONDUCTOR CORPORATION,

Plaintiff,

v.

GSI TECHNOLOGY, INC.,

Defendant.

**CASE NOS. 3:13-CV-02013-JST**
**4:13-CV-03757-JST**

**[PROPOSED] ORDER GRANTING-IN-PART AND DENYING-IN-PART CYPRESS'S CORRECTED PARTIALLY UNOPPOSED MOTION FOR THE COURT TO REQUEST TRANSFER OF THE ITC RECORD TO THE DISTRICT COURT**

Date: Nov. 7, 2013
Time: 2:00 p.m.
Judge: Hon. Jon S. Tigar
Courtroom: 9, 19th Floor

Pursuant to 28 U.S.C. § 1659(b) and 19 C.F.R. § 210.39(b), the undersigned hereby grants-in-part and denies-in-part Plaintiff Cypress Semiconductor Corporation's ("Cypress") Corrected Partially Unopposed Motion For The Court To Request Transfer Of The ITC Records To The District Court (the "Motion").

Cypress's Motion is granted with respect to (a) the confidential portions of the ITC record that pertain to Cypress and Defendant GSI Technology, Inc. ("GSI") and (b) the public record. The undersigned hereby orders the confidential record of the proceedings before the United States International Trade Commission in Investigation No. 337-TA-792, *In the Matter of Certain Static Random Access Memories and Products Containing Same* (the "ITC Investigation"), as it pertains to Cypress and GSI be transmitted to the United States District Court for the Northern District of California, consolidated Civil Action Nos. 3:13-cv-02013-JST and 4:13-cv-03757-JST. The undersigned further orders that the public record of the ITC Investigation be transferred to consolidated Civil Action Nos. 3:13-cv-02013-JST and 4:13-cv-03757-JST.

Cypress's Motion is denied with respect to the confidential portions of the ITC record that pertain to respondents other than GSI, including Alcatel-Lucent, Alcatel-Lucent USA, Inc., Telefonaktiebolaget LM Ericsson, Ericsson, Inc., Motorola Solutions, Inc., Motorola Mobility, Inc., Arrow Electronics, Inc., Nu Horizons Electronics Corp., Cisco Systems, Inc., Hewlett Packard Company/Tipping Point, Avnet, Inc., Nokia Siemens Networks US, LLC, Nokia Siemens Networks B.V. and Tellabs, and any third parties.

IT IS SO ORDERED.

Dated: _______________, 2013

By ________________________________________
Jon S. Tigar
United States District Judge