United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CYPRESS SEMICONDUCTOR CORPORATION,

Plaintiff,

v.

GSI TECHNOLOGY, INC.,

Defendant.

Case Nos. 3:13-cv-02013-JST
3:13-cv-3757-JST

**ORDER GRANTING MOTION FOR THE COURT TO REQUEST TRANSFER OF THE ITC RECORD TO THE DISTRICT COURT**

Re: ECF No. 33

Plaintiff has moved this Court to request that the United States International Trade Commission ("ITC") transfer the record of investigation number 337-TA-792 (the "792 investigation") to this Court. ECF No. 33. Defendant had previously partially opposed the motion, but has now reached agreement with Plaintiff about the relief both parties seek and has filed a statement of non-opposition. ECF Nos. 36 & 39. Accordingly, and since the parties' papers have thoroughly addressed the issues presented, the Court hereby VACATES the hearing noticed for November 7, 2013 at 2:00 P.M.

Pursuant to 28 U.S.C. § 1659(b), the Court hereby orders the following:

1. The complete record of the proceedings before the United States International Trade Commission in investigation no. 337-TA-792 is ordered to be transmitted to the United States District Court for the Northern District of California, civil action 3:13-cv-02013-JST /3:13-cv-03757-JST. Plaintiff Cypress Semiconductor Corporation will file this Order with the International Trade Commission.

2. The parties will notify every third party, including every respondent other than GSI and Cypress, from the ITC case of the transfer order. The parties' notice shall include: (a) a copy of this order and (b) a copy of any order, including any protective order, issued by Judge Spero arising out of the parties' September 30,

2013, letter brief.

3. Upon receipt of the ITC record, this Court will restrict distribution of the ITC record for 14 days to outside counsel only in order to provide an opportunity for any third party to move for a protective order.

4. After the 14 day period, the protective order issued by this Court will govern the ITC production, as set forth in 19 C.F.R. §210.39(b) except to the extent that a third party filed a motion concerning its documents.

**IT IS SO ORDERED.**

Dated: November 1, 2013

JON S. TIGAR
United States District Judge

United States District Court
Northern District of California