UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYPRESS SEMICONDUCTOR CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>GSI TECHNOLOGY, INC.,<br><br>    Defendant. | Case No.  13-cv-02013-JST<br><br>**ORDER AUTHORIZING DISTRIBUTION OF THE RECORD FROM THE ITC PROCEEDING** |

The Court herby authorizes distribution of the record from the ITC proceeding, consistent with "Option 2" in the parties' attached e-mail.

**IT IS SO ORDERED.**

Dated: December 5, 2013

_____
JON S. TIGAR
United States District Judge