UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CYPRESS SEMICONDUCTOR CORPORATION,

    Plaintiff,

v.

GSI TECHNOLOGY, INC.,

    Defendant.

Case No. 13-cv-02013-JST

**ORDER AUTHORIZING DISTRIBUTION OF THE RECORD FROM THE ITC PROCEEDING**

The Court herby authorizes distribution of the record from the ITC proceeding, consistent with "Option 2" in the parties' attached e-mail.

**IT IS SO ORDERED.**

Dated: December 5, 2013

_____
JON S. TIGAR
United States District Judge