UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CYPRESS SEMICONDUCTOR CORPORATION, | Case No. 13-cv-02013-JST |
|---|---|
| Plaintiff, | |
| v. | **SCHEDULING ORDER; ORDER ON STIPULATION CONCERNING CLAIM CONSTRUCTION SCHEDULE AND PROCEDURE** |
| GSI TECHNOLOGY, INC., | |
| Defendant. | Re: ECF No. 62 |

The Court has considered the parties' stipulation concerning the claim construction schedule and procedure. The Court hereby adjusts the schedule as follows:

| **Event** | **Current Date** | **New Date** |
|---|---|---|
| Claim construction opening brief | February 26, 2014 | Unchanged |
| Claim construction responsive brief | March 19, 2014 | March 26, 2014 |
| Claim construction reply brief | March 31, 2014 | April 11, 2014 |
| Tutorial | April 15, 2014 at 1:30 p.m. | April 29, 2014 at 2:00 p.m. |
| Claim construction hearing | April 29, 2014 at 9:30 a.m. | May 20, 2014 <u>at 2:00 p.m</u>. |

The parties' stipulated proposal to extend page limits is APPROVED.

The parties shall meet and confer regarding the format, scope, and content of both the tutorial and the claim construction hearing, including but not limited to the permissible subjects of discussion at each, whether experts will testify, and what audio-visual equipment, if any, will be needed by the parties. They also shall exchange copies of any audio-visual material at least **ten**

1  **court days** before they intend to use it in court, and shall bring any disputes regarding the format,
2  scope, or content of any tutorial or hearing to the Court's attention at least **five court days** before
3  the tutorial or hearing.  The Court will deem as waived any objection raised less than five court
4  days before the tutorial or hearing.  The parties shall lodge hard copies of their presentation
5  materials with the Court on the day of the tutorial or claim construction hearing.

6        The Court will reserve no more than two hours on its calendar for the tutorial, including a
7  brief recess.  The tutorial will not be reported by a court reporter.

8        At claim construction, the Court will construe only the terms the parties identify in their
9  Joint Claim Construction and Prehearing Statement as "most significant to the resolution of the
10 case up to a maximum of 10."  Patent Local Rule 4-3(c).  The Court will reserve no more than
11 three hours on its calendar for the claim construction hearing, including a brief recess.  The Court
12 prefers that the parties proceed term-by-term, with each party providing its views on each term
13 before moving on to the next.  The Court's use of time limits means that the parties may not have
14 the opportunity to present oral argument on every term they have submitted for construction, and
15 the parties should prioritize their presentations accordingly.

Dated:  February 3, 2014

_____
JON S. TIGAR
United States District Judge