Mark Fowler (Bar No. 124235)
mark.fowler@dlapiper.com
Gerald T. Sekimura (Bar No. 096165)
gerald.sekimura@dlapiper.com
Andrew P. Valentine (Bar No. 162094)
andrew.valentine@dlapiper.com
Alan Limbach (Bar No. 173059)
alan.limbach@dlapiper.com
Timothy Lohse (Bar No. 177230)
timothy.lohse@dlapiper.com
Michael G. Schwartz (Bar No. 197010)
michael.schwartz@dlapiper.com
Brent Yamashita (Bar No. 206890)
brent.yamashita@dlapiper.com
Saori Kaji (Bar No. 260392)
saori.kaji@dlapiper.com
DLA PIPER LLP (US)
2000 University Avenue
East Palo Alto, CA 94303-2214
Telephone: 650.833.2000
Facsimile: 650.833.2001

Attorneys for Defendant
GSI TECHNOLOGY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CYPRESS SEMICONDUCTOR CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>GSI TECHNOLOGY, INC.,<br><br>Defendant. | **CASE NOS. 3:13-cv-02013-JST (JCS)**<br>**4:13-cv-03757-JST (JCS)**<br><br>**DECLARATION OF MICHAEL SCHWARTZ IN SUPPORT OF DEFENDANT GSI TECHNOLOGY, INC.'S RESPONSIVE CLAIM CONSTRUCTION BRIEF**<br><br>DATE: May 20, 2014<br>TIME: 2:00 P.M.<br>PLACE: Courtroom 9, 19th floor<br>JUDGE: Hon. Jon S. Tigar |

-1-

DLA PIPER LLP (US)
EAST PALO ALTO

WEST\247434085.1

CASE NOS. 13-CV-02013-JST (JCS), 13-CV-03757-JST (JCS)/SCHWARTZ DECLARATION ISO GSI'S RESPONSIVE CLAIM CONSTRUCTION BRIEF

I, Michael Schwartz, do hereby declare:

1. I am an attorney at law duly licensed to practice before this Court and am a partner with the law firm of DLA Piper LLP (US) ("DLA"), counsel of record for defendant GSI Technology, Inc. ("GSI") in this action. I have personal knowledge of the matters set forth herein and, if called as a witness, I could and would competently testify thereto.

2. Attached hereto as **Exhibit A** is a true and correct copy of Order No. 29 (Construing The Terms Of The Asserted Claims Of The Patents At Issue) issued by Chief Administrative Law Judge Charles E. Bullock in the International Trade Commission Investigation, *Certain Static Random Access Memories And Products Containing Same*, Inv. No. 337-TA-792 (the "ITC litigation"), dated February 9, 2012, at ITC Record No. 471520-719523.

3. Attached hereto as **Exhibit B** is a true and correct copy of *Webster's Third New International Dictionary* (2002) at 2173, produced at GSI Bates number GSICA0192698-700.

4. Attached hereto as **Exhibit C** is a true and correct copy of U.S. Patent No. 6,005,795, produced at GSI Bates number GSICA0192650-62.

5. Attached hereto as **Exhibit D** is a true and correct copy of U.S. Patent No. 6,005,796, produced at GSI Bates number GSICA0192663-76.

6. Attached hereto as **Exhibit E** is a true and correct copy of U.S. Patent No. 5,565,791, produced at GSI Bates number GSICA0192587-600.

7. Attached hereto as **Exhibit F** is a true and correct copy of U.S. Patent No. 5,604,711, produced at GSI Bates number GSICA0192601-16.

8. Attached hereto as **Exhibit G** is a true and correct copy of U.S. Patent No. 5,864,509, produced at GSI Bates number GSICA0192617-27.

9. Attached hereto as **Exhibit H** is a true and correct copy of *IEEE Standard Dictionary of Electrical and Electronics Terms* (6th ed. 1996) at 966, produced at GSI Bates number GSICA0192528-31.

10. Attached hereto as **Exhibit I** is a true and correct copy of IEEE 100, *The Authoritative Dictionary of IEEE Standard Terms* (7th ed. 2000) at 1025, produced at GSI Bates number GSICA0192464-67.

-2-

DLA PIPER LLP (US)
EAST PALO ALTO

WEST\247434085.1

CASE NOS. 13-CV-02013-JST (JCS), 13-CV-03757-JST (JCS)/SCHWARTZ
DECLARATION ISO GSI'S RESPONSIVE CLAIM CONSTRUCTION BRIEF

11. Attached hereto as **Exhibit J** is a true and correct copy of Brent Keeth & R. Jacob Baker, *DRAM Circuit Design: A Tutorial*, Section 2.2.4 (2001) at 50, produced at GSI Bates number GSICA0192537-40.

12. Attached hereto as **Exhibit K** is a true and correct copy of Betty Prince & Gunnar Due-Gundersen, *Semiconductor Memories*, Section 4.5.4 (1983) at 62, produced at GSI Bates number GSICA0192555-59.

13. Attached hereto as **Exhibit L** is a true and correct copy of *IEEE Standard Dictionary of Electrical and Electronics Terms* (6th ed. 1996) at 14 and 645, produced at GSI Bates number GSICA0192517-22.

14. Attached hereto as **Exhibit M** is a true and correct copy of *The Computer Desktop Encyclopedia* (1996) at 527, produced at GSI Bates number GSICA0192468-70.

15. Attached hereto as **Exhibit N** is a true and correct copy of IEEE 100, *The Authoritative Dictionary of IEEE Standards Terms* (7th ed. 2000) at 17 and 684, produced at GSI Bates number GSICA0192459-63.

16. Attached hereto as **Exhibit O** is a true and correct copy of *The Computer Glossary* (8th ed. 1998) at 256-57, produced at GSI Bates number GSICA0192471-75.

17. Attached hereto as **Exhibit P** is a true and correct copy of the document entitled "Understanding Burst Modes in Synchronous SRAMs," dated June 30, 1999, which I understand was submitted by Plaintiff Cypress Semiconductor Corporation ("Cypress") with its Information Disclosure Statement during the prosecution of United States Patent No. 6,651,134, produced at Bates number CYP201300000847-50.

18. Attached hereto as **Exhibit Q** is a true and correct copy *Webster's New World Dictionary of Computer Terms* (8th ed. 2000) at 340, produced at GSI Bates number GSICA0192701-03.

19. Attached hereto as **Exhibit R** is a true and correct copy of Malcolm Goodge, *Semiconductor Device Technology*, Section 4.8.1 (1983) at 388, produced at GSI Bates number GSICA0192500-16.

20. Attached hereto as **Exhibit S** is a true and correct copy of U.S. Patent No. 6,256,249, produced at GSI Bates number GSICA0192677-84.

21. Attached hereto as **Exhibit T** is a true and correct copy of U.S. Patent No. 4,587,558, produced at GSI Bates number GSICA0192569-86.

22. Attached hereto as **Exhibit U** is a true and correct copy of Complainant Cypress Semiconductor Corporation's Rebuttal Claim Construction Brief in the ITC litigation, dated October 3, 2011, at ITC Record No. 460585-664761.

23. Attached hereto as **Exhibit V** is a true and correct copy of Cypress's Response/Amendment, dated January 23, 2012, in the 90/011,801 *Ex Parte* Reexamination of U.S. Patent No. 7,142,477, produced at Bates number CYP201300003518-49.

24. Attached hereto as **Exhibit W** is a true and correct copy of an excerpt of testimony from the ITC litigation hearing of Joseph McAlexander, Cypress's expert witness in the ITC litigation.

25. Attached hereto as **Exhibit X** is a true and correct copy of the October 25, 2012, Initial Determination On Violation of Section 337 And Recommended Determination On Remedy And Bond, Public Version, from the ITC litigation, at ITC Record No. 499473-806159.

26. Attached hereto as **Exhibit Y** is a true and correct copy of the June 7, 2013, Commission Opinion, Public Version dated from the ITC litigation, at ITC Record No. 512305-856901.

27. On July 11, 2013, GSI served an interrogatory on Cypress seeking Cypress's contention as to what the level of ordinary skill in the art is for each of the patents-in-suit. Attached hereto as **Exhibit Z** is a true and correct copy of Interrogatory No. 2 of Defendant GSI Technology, Inc.'s First Set Of Interrogatories To Plaintiff Cypress Semiconductor Corporation (Nos. 1-13).

28. On August 12, 2013, Cypress initially responded to GSI's First Set of Interrogatories. Cypress's response to Interrogatory No. 2, which Cypress designated HIGHLY-CONFIDENTIAL ATTORNEYS EYES ONLY, did not provide any substantive response, but rather set forth only objections. The parties subsequently engaged in meet and confer

-4-

DLA PIPER LLP (US)
EAST PALO ALTO

WEST\247434085.1

CASE NOS. 13-CV-02013-JST (JCS), 13-CV-03757-JST (JCS)/SCHWARTZ DECLARATION ISO GSI'S RESPONSIVE CLAIM CONSTRUCTION BRIEF

communications with respect to their responses to various pending discovery requests. During the course of those meet and confer communications, Cypress agreed to provide the information sought in Interrogatory No. 2 in the declaration of one or more of its experts in connection with Cypress's opening claim construction brief. Attached hereto as **Exhibit AA** is a true and correct copy of a November 8, 2013, letter from me to Cypress's counsel, David Hoffman, confirming Cypress's agreement.

29. Attached hereto as **Exhibit BB** is a true and correct copy of U.S. Patent No. 6,262,936 (the "'936 patent"), produced at GSI Bates number GSICA0192727-39.

30. Attached hereto as **Exhibit CC** is a true and correct copy of the Office Action dated September 18, 2000, from the file history of U.S. Patent No. 6,262,937 (the "'937 patent"), produced at CYGSITC00025285-89.

31. Attached hereto as **Exhibit DD** is a true and correct copy of the Response dated October 18, 2000, from the '937 patent file history, produced at CYGSITC00025290-94.

32. Attached hereto as **Exhibit EE** is a true and correct copy of the Application dated June 11, 2001, from the file history of U.S. Patent No. 6,385,128 (the "'128 patent"), produced at CYP201300000681-712.

33. Attached hereto as **Exhibit FF** is a true and correct copy of the Office Action dated September 18, 2000, from the '936 patent file history, produced at GSI Bates number GSICA0192827-31.

34. Attached hereto as **Exhibit GG** is a true and correct copy of the Response dated October 18, 2000, from the '936 patent file history, produced at GSI Bates number GSICA0192832-36.

35. Attached hereto as **Exhibit HH** is a true and correct copy of the Application dated June 11, 2001, from the file history of U.S. Patent No. 6,445,645 (the "'645 patent"), produced at CYP201300000761-96.

/ / /

/ / /

/ / /

-5-

DLA PIPER LLP (US)
EAST PALO ALTO

WEST\247434085.1

CASE NOS. 13-CV-02013-JST (JCS), 13-CV-03757-JST (JCS)/SCHWARTZ DECLARATION ISO GSI'S RESPONSIVE CLAIM CONSTRUCTION BRIEF

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in East Palo Alto, California, on March 26, 2014.

Dated: March 26, 2014

By: */s/ Michael Schwartz*
Michael Schwartz

-6-

DLA PIPER LLP (US)
EAST PALO ALTO

WEST\247434085.1

CASE NOS. 13-CV-02013-JST (JCS), 13-CV-03757-JST (JCS)/SCHWARTZ DECLARATION ISO GSI'S RESPONSIVE CLAIM CONSTRUCTION BRIEF