# EXHIBIT W
# (<u>SUBMITTED UNDER SEAL</u>)