# EXHIBIT W

☐ ORIGINAL

# UNITED STATES
# INTERNATIONAL TRADE COMMISSION

| | | |
|---|---|---|
| In the Matter of: | ) | Investigation No. |
| CERTAIN STATIC RANDOM ACCESS | ) | 337-TA-792 |
| MEMORIES AND PRODUCTS | ) | |
| CONTAINING SAME | ) | |

**CLOSED SESSION**

Pages: 388 through 630 (with excerpts)

Place: Washington, D.C.

Date: March 13, 2012

MAR 14 2012

**HERITAGE REPORTING CORPORATION**
*Official Reporters*
1220 L Street, N.W., Suite 600
Washington, D.C. 20005
(202) 628-4888
contracts@hrccourtreporters.com





```
 1                    CERTIFICATE OF REPORTER
 2      TITLE: Certain Static Random Access Memories
 3      INVESTIGATION NO: 337-TA-792
 4      HEARING DATE: March 13, 2012
 5      LOCATION: Washington, DC
 6      NATURE OF HEARING: Hearing
 7           I hereby certify that the foregoing/attached
        transcript is a true, correct and complete record of
 8      the above-referenced proceedings of the U.S.
        International Trade Commission.
 9      Date:____3/13/12_____
10      SIGNED: KAREN BRYNTESON  [signature]
11           Signature of the Contractor of the
             Authorized Contractor's Representative
12           1220 L Street, N.W, Suite 600
             Washington, D.C. 20005
13
             I hereby certify that I am not the Court
14      Reporter and that I have proofread the
        above-referenced transcript of the proceedings of the
15      U.S. International Trade Commission, against the
        aforementioned Court Reporter's notes and recordings,
16      for accuracy in transcription in the spelling,
        hyphenation, punctuation and speaker identification
17      and did not make any changes of a substantive nature.
        The foregoing/attached transcript is a true, correct
18      and complete transcription of the proceedings.
19      SIGNED: JOHN D. LASHER   [signature]
              Signature of Proofreader
20
             I hereby certify that I reported the
21      above-referenced proceedings of the U.S. International
        Trade Commission and caused to be prepared from my
22      tapes and notes of the proceedings a true, correct and
        complete verbatim recording of the proceedings.
23
        SIGNED: KAREN BRYNTESON   [signature]
24         Signature of the Court Reporter
25
```