FRANK E. SCHERKENBACH
(Bar No. 142549 / scherkenbach@fr.com)
FISH & RICHARDSON P.C.
1 Marina Park Drive
Boston, MA 02210
Telephone: (617) 542-5070
Facsimile: (617) 542-8906

THOMAS L. HALKOWSKI
(admitted *pro hac vice* /  halkowski@fr.com)
FISH & RICHARDSON P.C.
222 Delaware Avenue, 17th Floor
Post Office Box 1114
Wilmington, DE 19899-1114
Tel: (302) 652-5070    Fax: (302) 652-0607

ERIN C. JONES
(Bar No. 252947  / erin.jones@fr.com)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, California 94070-1526
Tel:  (650) 839-5070    Fax:  (650) 839-5071

DAVID M. HOFFMAN
(admitted *pro hac vice /* hoffman@fr.com)
One Congress Plaza, Suite 810
111 Congress Avenue
Austin, TX 78701
Tel: (512) 226-8154    Fax:  (512) 320-8935

Attorneys for Plaintiff
CYPRESS SEMICONDUCTOR
CORPORATION

MARK FOWLER (Bar No. 124235)
*mark.fowler@dlapiper.com*
GERALD T. SEKIMURA (Bar No. 096165)
*gerald.sekimura@dlapiper.com*
ANDREW P. VALENTINE (Bar No. 162094)
*andrew.valentine@dlapiper.com*
ALAN LIMBACH (Bar No. 173059)
*alan.limbach@dlapiper.com*
TIMOTHY LOHSE (Bar No. 177230)
*timothy.lohse@dlapiper.com*
MICHAEL G. SCHWARTZ (Bar No. 197010)
*michael.schwartz@dlapiper.com*
BRENT YAMASHITA (Bar No. 206890)
*brent.yamashita@dlapiper.com*
SAORI KAJI (Bar No. 260392)
*saori.kaji@dlapiper.com*
DLA PIPER LLP (US)
2000 University Avenue
East Palo Alto, CA 94303-2214
Tel: 650.833.2000
Fax: 650.833.2001

Attorneys for Defendant
GSI TECHNOLOGY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CYPRESS SEMICONDUCTOR CORPORATION,<br><br>        Plaintiff,<br><br>v.<br><br>GSI TECHNOLOGY, INC.,<br><br>        Defendant. | Case No. 3:13-cv-02013-JST<br>              3:13-cv-03757-JST<br><br>**STIPULATION AND [PROPOSED] ORDER RE ENTRY OF EQUIPMENT INTO THE COURT PURSUANT TO GENERAL ORDER NO. 58 FOR THE TECHNOLOGY TUTORIAL**<br><br>Date:         April 29, 2014<br>Time:        2:00 p.m.<br>Judge:       Hon. Jon S. Tigar<br>Courtroom: 9, 19th Floor |

1  WHEREAS, on April 29, 2014, at 2:00 p.m., the Court is scheduled to receive the
2  presentation of the parties' technology tutorials.

3  WHEREAS, the parties intend to use projectors, related projection equipment, and laptop
4  computers to present their technology tutorials to the Court.

5  NOW, THEREFORE, the parties respectfully request that the Court issue an order
6  permitting projectors, related projection equipment, and laptop computers to be brought into the
7  Courtroom to be used by the parties in presenting their tutorials to the Court.

**IT IS SO STIPULATED.**

Dated: April 17, 2014                                Dated: April 17, 2014

FISH & RICHARDSON P.C.                               DLA PIPER LLP

By  /s/ David M. Hoffman                             By:  /s/ Michael G. Schwartz
    David M. Hoffman                                      Michael G. Schwartz

Attorneys for Plaintiff                              Attorneys for Defendant
CYPRESS SEMICONDUCTOR CORP.                          GSI TECHNOLOGY, INC.

## [PROPOSED] ORDER

IT IS HEREBY ORDERED that:

Projectors, related projection equipment, and laptop computers may be brought into Courtroom 9, 19th Floor, of the Courthouse of the United States District Court for the Northern District of California, San Francisco Division, on April 29, 2014 for the express purpose of presenting the technology tutorial presentation.

IT IS SO ORDERED.

Dated: April 21, 2014

Hon. Jon S. Tigar
United States District Judge

*IT IS SO ORDERED*
*Judge Jon S. Tigar*

**SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5-1, I attest that concurrence in the filing of this document has been obtained from the signatory listed above.

Dated:  April 17, 2014                                         FISH & RICHARDSON P.C.

By:  */s/ David M. Hoffman*
David M. Hoffman