UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYPRESS SEMICONDUCTOR CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>GSI TECHNOLOGY, INC.,<br><br>Defendant. | Case No.  13-cv-02013-JST<br><br>**NOTICE TO PARTIES REGARDING CLAIM CONSTRUCTION AND TECHNOLOGY TUTORIAL** |

As the parties are aware, the USPTO's Patent Trial & Appeal Board ("PTAB") recently initiated *inter partes* review ("IPR") of two of the Patents-in-Suit: the '839 Patent and the '403 Patent.  GSI recently moved to partially stay this action against those two patents alone.  ECF No. 92.  GSI is also seeking IPR of three other Patents-in-Suit – the '128, '645 and '861 Patents – and expects to file a motion to stay the action against those patents as well if the PTAB grants IPR in August of this year.

Without arguing the complete merits of the recent or the possible future motion to stay, at tomorrow's proceeding the parties should prepared to address whether principles of judicial economy warrant continuing the claim construction hearing and/or the tutorial until such time as it is clear which whether, and to what extent, this action will be stayed.

**IT IS SO ORDERED.**

Dated:  April 28, 2014

_____
JON S. TIGAR
United States District Judge