UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYPRESS SEMICONDUCTOR CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>GSI TECHNOLOGY, INC.,<br><br>Defendant. | Case No. 13-cv-02013-JST<br><br>**ORDER REGARDING CASE SCHEDULE**<br><br>Re: ECF Nos. 100 & 101 |

The Court thanks the parties for their proposals. The Court will adopt Cypress's proposal. ECF No. 101. Accordingly:

1. The claims construction hearing set for May 20, 2014, will proceed as a hearing only on the four terms contained within the '477 and '134 Patents. The Court will reserve one and a half hours on its schedule for the hearing.

2. The Court hereby SETS a further claim construction hearing in this action for October 28, 2014, at 2:00 P.M., to hear oral argument regarding the construction of the other six terms the parties have already briefed. The Court will reserve two and a half hours on its calendar for that hearing, including a brief recess.

3. The Court hereby DENIES WITHOUT PREJUDICE Plaintiff's currently pending motion to stay this action against the '839 and '403 Patents. ECF No. 92. Defendant has leave to file a renewed motion, not later than August 29, 2014, requesting that the Court stay this action against all patents as to which the PTAB has decided to institute *inter partes* review. As noted in Cypress's submission,

/ / /

/ / /

/ / /

Cypress may not, in opposing such motion, claim additional prejudice caused by the delay between now and the re-filing in late August 2014.

**IT IS SO ORDERED.**

Dated: May 6, 2014

_____
JON S. TIGAR
United States District Judge