| | |
|---|---|
| FRANK E. SCHERKENBACH<br>(Bar No. 142549 / scherkenbach@fr.com)<br>FISH & RICHARDSON P.C.<br>1 Marina Park Drive<br>Boston, MA 02210<br>Telephone: (617) 542-5070<br>Facsimile: (617) 542-8906<br><br>THOMAS L. HALKOWSKI<br>(admitted *pro hac vice* / halkowski@fr.com)<br>FISH & RICHARDSON P.C.<br>222 Delaware Avenue, 17th Floor<br>Post Office Box 1114<br>Wilmington, DE 19899-1114<br>Tel: (302) 652-5070    Fax: (302) 652-0607<br><br>ERIN C. JONES<br>(Bar No. 252947  / erin.jones@fr.com)<br>FISH & RICHARDSON P.C.<br>500 Arguello Street, Suite 500<br>Redwood City, California 94070-1526<br>Tel:  (650) 839-5070    Fax:  (650) 839-5071<br><br>DAVID M. HOFFMAN<br>(admitted *pro hac vice* / hoffman@fr.com)<br>One Congress Plaza, Suite 810<br>111 Congress Avenue<br>Austin, TX 78701<br>Tel: (512) 226-8154    Fax:  (512) 320-8935<br><br>Attorneys for Plaintiff<br>CYPRESS SEMICONDUCTOR CORPORATION | MARK FOWLER (Bar No. 124235)<br>*mark.fowler@dlapiper.com*<br>GERALD T. SEKIMURA (Bar No. 096165)<br>*gerald.sekimura@dlapiper.com*<br>ANDREW P. VALENTINE (Bar No. 162094)<br>*andrew.valentine@dlapiper.com*<br>ALAN LIMBACH (Bar No. 173059)<br>*alan.limbach@dlapiper.com*<br>TIMOTHY LOHSE (Bar No. 177230)<br>*timothy.lohse@dlapiper.com*<br>MICHAEL G. SCHWARTZ (Bar No. 197010)<br>*michael.schwartz@dlapiper.com*<br>ERIK R. FUEHRER (Bar No. 252578)<br>*erik.fuehrer@dlapiper.com*<br>BRENT YAMASHITA (Bar No. 206890)<br>*brent.yamashita@dlapiper.com*<br>SAORI KAJI (Bar No. 260392)<br>*saori.kaji@dlapiper.com*<br>DLA PIPER LLP (US)<br>2000 University Avenue<br>East Palo Alto, CA 94303-2214<br>Tel: 650.833.2000<br>Fax: 650.833.2001<br><br>Attorneys for Defendant<br>GSI TECHNOLOGY, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CYPRESS SEMICONDUCTOR CORPORATION,<br><br>        Plaintiff,<br><br>v.<br><br>GSI TECHNOLOGY, INC.,<br><br>        Defendant. | Case Nos. 3:13-cv-02013-JST<br>              3:13-cv-03757-JST<br><br>**STIPULATION AND [PROPOSED] ORDER RE ENTRY OF EQUIPMENT INTO THE COURT PURSUANT TO GENERAL ORDER NO. 58 FOR THE CLAIM CONSTRUCTION HEARING**<br><br>Date:       May 20, 2014<br>Time:       2:00 p.m.<br>Judge:      Hon. Jon S. Tigar<br>Courtroom: 9, 19th Floor |

1

STIP & [PROP] ORDER RE ENTRY OF EQUIPMENT INTO THE
COURT PER GEN ORDER NO. 58 FOR CLAIM CONST. HR.
Case Nos. 3:13-cv-02013-JST & 3:13-cv-03757-JST

1  WHEREAS, on May 20, 2014, at 2:00 p.m., the Court is scheduled to receive the
2  presentation of the parties' claim construction arguments.

3  WHEREAS, the parties intend to use projectors, related projection equipment, and laptop
4  computers to present their arguments to the Court.

5  NOW, THEREFORE, the parties respectfully request that the Court issue an order
6  permitting projectors, related projection equipment, and laptop computers to be brought into the
7  Courtroom to be used by the parties in presenting to the Court.

**IT IS SO STIPULATED.**

Dated: May 14, 2014                          Dated: May 14, 2014

FISH & RICHARDSON P.C.                       DLA PIPER LLP

By  /s/ David M. Hoffman                     By:  /s/ Michael G. Schwartz
    David M. Hoffman                              Michael G. Schwartz

Attorneys for Plaintiff                      Attorneys for Defendant
CYPRESS SEMICONDUCTOR CORP.                  GSI TECHNOLOGY, INC.

# [PROPOSED] ORDER

IT IS HEREBY ORDERED that:

Projectors, related projection equipment, and laptop computers may be brought into Courtroom 9, 19th Floor, of the Courthouse of the United States District Court for the Northern District of California, San Francisco Division, on May 20, 2014 for the express purpose of presenting claim construction presentations.

The parties shall contact the Courtroom Deputy Clerk in advance of the hearing to arrange a time to set up the equipment.

IT IS SO ORDERED.

Dated: May 15, 2014

_____
Hon. Jon S. Tigar
United States District Court Judge

*IT IS SO ORDERED* — Judge Jon S. Tigar

1
STIP & [PROP] ORDER RE ENTRY OF EQUIPMENT INTO THE
COURT PER GEN. ORDER NO. 58 FOR CLAIM CONST. HR.
Case Nos. 3:13-cv-02013-JST & 3:13-cv-03757-JST

**SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5-1, I attest that concurrence in the filing of this document has been obtained from the signatory listed above.

Dated: May 14, 2014                                FISH & RICHARDSON P.C.

By: ___/s/ David M. Hoffman___
      David M. Hoffman

2

STIP & [PROP] ORDER RE ENTRY OF EQUIPMENT INTO THE COURT PER GEN ORDER NO. 58 FOR CLAIM CONST. HR.
Case Nos. 3:13-cv-02013-JST & 3:13-cv-03757-JST