MARK FOWLER (Bar No. 124235)
mark.fowler@dlapiper.com
GERALD T. SEKIMURA (Bar No. 096165)
gerald.sekimura@dlapiper.com
ANDREW P. VALENTINE (Bar No. 162094)
andrew.valentine@dlapiper.com
ALAN LIMBACH (Bar No. 173059)
alan.limbach@dlapiper.com
TIMOTHY LOHSE (Bar No. 177230)
timothy.lohse@dlapiper.com
MICHAEL G. SCHWARTZ (Bar No. 197010)
michael.schwartz@dlapiper.com
BRENT YAMASHITA (Bar No. 206890)
brent.yamashita@dlapiper.com
ERIK FUEHRER (Bar No. 252578)
erik.fuehrer@dlapiper.com
SAORI KAJI (Bar No. 260392)
saori.kaji@dlapiper.com
DLA PIPER LLP (US)
2000 University Avenue
East Palo Alto, CA 94303-2214
Tel: 650.833.2000
Fax: 650.833.2001

Attorneys for Defendant
GSI TECHNOLOGY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CYPRESS SEMICONDUCTOR CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>GSI TECHNOLOGY, INC.,<br><br>    Defendant. | **CASE NOS.  3:13-CV-02013-JST (JCS)**<br>                     **3:13-CV-03757-JST (JCS)**<br><br>**STIPULATION AND [PROPOSED] ORDER CONCERNING MODIFICATIONS TO THE CASE MANAGEMENT ORDER**<br><br>**JURY TRIAL DEMANDED** |

DLA PIPER LLP (US)
EAST PALO ALTO

WEST\250363784.1

CASE NOS. 13-CV-02013-JST (JCS) & 13-CV-03757-JST (JCS)
STIPULATION AND [PROPOSED] ORDER CONCERNING
MODIFICATIONS TO THE CASE MANAGEMENT ORDER

Pursuant to Local Rules 6-2 and 7-12 of the United States District Court for the Northern District of California, Defendant GSI Technology, Inc. ("GSI") and Plaintiff Cypress Semiconductor Corporation ("Cypress") stipulate as follows:

WHEREAS, pursuant to the Court's Case Management Order (Dkt 25), the deadline for the disclosure of advice of counsel pursuant to Patent Local Rule 3-7 is set for 50 days after the *Markman* Ruling;

WHEREAS, the Case Management Order (Dkt 25) further requires the parties to participate in a settlement conference with a Magistrate Judge "following a ruling on claim construction issues";

WHEREAS, pursuant to the Court's Scheduling Order; Order On Stipulation Concerning Claim Construction Schedule And Procedure (Dkt 65), the Court modified certain deadlines relating to the briefing on claim construction issues and set the claim construction hearing for May 20, 2014;

WHEREAS, on April 24, 2014, GSI filed the Motion For Partial Stay Pending *Inter Partes* Review (Dkt 92) (the "Motion") requesting a partial stay of the case as to United States Patent Nos. 6,069,839 (the "'839 patent") and 6,292,403 (the "'403 patent");

WHEREAS, in its Motion, GSI informed the Court that it had filed petitions for *inter partes* review of United States Patent Nos. 6,385,128 (the "'128 patent"), 6,445,645 (the "'645 patent") and 6,967,861 (the "'861 patent");

WHEREAS, the Court bifurcated the claim construction hearing for the Patents-in-Suit by holding a claim construction hearing for the two remaining patents-in-suit that were not the subject of any petition for *inter partes* review, United States Patent Nos. 7,142,477 (the "'477 patent) and 6,651,134 (the "'134 patent"), on May 20, 2014;

WHEREAS, the Court set a second claim construction hearing for October 28, 2014;

WHEREAS, on July 29, 2014, the Court issued the Order Construing Claims Of U.S. Patent Nos. 6,651,134 And 7,142,477 (Dkt 114).  Based on the current deadline set forth in the Court's Case Management Order (Dkt 25), the disclosure of the advice of counsel pursuant to Patent Local Rule 3-7 for the '477 and '134 patents is due September 17, 2014;

1  WHEREAS, GSI filed its Renewed Motion For Partial Stay Pending *Inter Partes* Review (the "Renewed Motion For Partial Stay") requesting partial stay of the case as to the '403, '839, '128 and '645 patents on August 21, 2014 (Dkt 118);

4  WHEREAS, Cypress has filed a response to GSI's Renewed Motion For Partial Stay by agreeing to stay the case with respect to the '128 and '645 patents, but opposing the stay with respect to the '403 and '839 patents (Dkt 119);

7  WHEREAS, the Court will issue a second claim construction order after it holds the October 28, 2014, claim construction hearing for the disputed claim terms of the '861 patent and the patents-in-suit (other than the '477 and '134 patents) that remain in the case, if any, following the Court's ruling on GSI's Renewed Motion For Partial Stay;

11  WHEREAS, a hearing on GSI's Renewed Motion For Partial Stay is scheduled for October 2, 2014;

13  IT IS HEREBY AGREED AND STIPULATED by and between the parties, through their respective counsel and subject to the Court's approval, that the deadlines for the disclosure of the advice of counsel pursuant to Patent Local Rule 3-7 and the timeline for participating in a settlement conference with a Magistrate Judge shall be based upon the issuance of the Court's second claim construction order following the claim construction hearing on October 28, 2014.

18  Specifically, the parties agree that:

19  (1)  The deadline for the disclosure of reliance on advice of counsel pursuant to Patent Local Rule 3-7 for all of the patents-in-suit, including the '477 and '134 patents, that remain in the case following the Court's ruling on GSI's Renewed Motion For Partial Stay will be set for 50 days after service by the Court of its second claim construction order; and

23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

DLA Piper LLP (US)
East Palo Alto

WEST\250363784.1

-2-

CASE NOS. 13-CV-02013-JST (JCS) & 13-CV-03757-JST (JCS)
STIPULATION AND [PROPOSED] ORDER CONCERNING
MODIFICATIONS TO THE CASE MANAGEMENT ORDER

1  (2) The parties will participate in a settlement conference with a Magistrate Judge
2  following the Court's issuance of the second claim construction order.

3  Dated: September 12, 2014                    Respectfully Submitted,

                                                FISH & RICHARDSON, P.C.

                                                By: */s/ David Hoffman, by permission*
                                                David Hoffman
                                                Attorneys for Plaintiff
                                                CYPRESS SEMICONDUCTOR CORP.


                                                DLA PIPER LLP (US)


                                                By: */s/ Michael G. Schwartz*
                                                Michael G. Schwartz
                                                Attorneys for Defendant
                                                GSI TECHNOLOGY, INC.


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: September 15, 2014

                                                By _____
                                                Jon S. Tigar
                                                United States District Judge

*IT IS SO ORDERED*
*Judge Jon S. Tigar*

-3-

WEST\250363784.1                    CASE NOS. 13-CV-02013-JST (JCS) & 13-CV-03757-JST (JCS)
STIPULATION AND [PROPOSED] ORDER CONCERNING
MODIFICATIONS TO THE CASE MANAGEMENT ORDER

DLA PIPER LLP (US)
EAST PALO ALTO

**SIGNATURE ATTESTATION**

I, Michael Schwartz, am the ECF user whose identification and password are being used to file this STIPULATION AND [PROPOSED] ORDER CONCERNING MODIFICATIONS TO THE CASE MANAGEMENT ORDER in compliance with Civil L.R. 6-2 and 7-12. Concurrence to the filing of this document was obtained from David Hoffman, counsel for Cypress Semiconductor Corporation, on September 12, 2014.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated:  September 12, 2014

DLA PIPER LLP (US)

*/s/ Michael G. Schwartz*
Michael G. Schwartz
Attorneys for Defendant
GSI TECHNOLOGY, INC.

DLA PIPER LLP (US)
EAST PALO ALTO

WEST\250363784.1

-4-
CASE NOS. 13-CV-02013-JST (JCS) & 13-CV-03757-JST (JCS)
STIPULATION AND [PROPOSED] ORDER CONCERNING MODIFICATIONS TO THE CASE MANAGEMENT ORDER