MARK FOWLER (Bar No. 124235)
mark.fowler@dlapiper.com
GERALD T. SEKIMURA (Bar No. 096165)
gerald.sekimura@dlapiper.com
ANDREW P. VALENTINE (Bar No. 162094)
andrew.valentine@dlapiper.com
ALAN LIMBACH (Bar No. 173059)
alan.limbach@dlapiper.com
TIMOTHY LOHSE (Bar No. 177230)
timothy.lohse@dlapiper.com
MICHAEL G. SCHWARTZ (Bar No. 197010)
michael.schwartz@dlapiper.com
BRENT YAMASHITA (Bar No. 206890)
brent.yamashita@dlapiper.com
ERIK R. FUEHRER (Bar No. 252578)
erik.fuehrer@dlapiper.com
SAORI KAJI (Bar No. 260392)
saori.kaji@dlapiper.com
KATHERINE CHEUNG (Bar No. 288051)
katherine.cheung@dlapiper.com
**DLA PIPER LLP (US)**
2000 University Avenue
East Palo Alto, CA 94303-2214
Tel: 650.833.2000
Fax: 650.833.2001

Attorneys for Defendant
GSI TECHNOLOGY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CYPRESS SEMICONDUCTOR CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>GSI TECHNOLOGY, INC.,<br><br>    Defendant. | **CASE NO. 3:13-CV-02013-JST (JCS)**<br><br>**STIPULATION AND [PROPOSED] ORDER CONCERNING THE PARTIES' SUPPLEMENTAL PATENT LOCAL RULE CONTENTIONS**<br><br>**JURY TRIAL DEMANDED** |

DLA PIPER LLP (US)
EAST PALO ALTO

WEST\250619301.1

CASE NO. 13-CV-02013-JST (JCS)
STIPULATION AND [PROPOSED] ORDER CONCERNING
THE PARTIES' SUPPLEMENTAL PATENT LOCAL RULE CONTENTIONS

Pursuant to Local Rules 6-2 and 7-12 of the United States District Court for the Northern District of California, Defendant GSI Technology, Inc. ("GSI") and Plaintiff Cypress Semiconductor Corporation ("Cypress") stipulate as follows:

WHEREAS, pursuant to the Court's Case Management Order (Dkt 25), the deadline for Cypress's Disclosure of Asserted Claims and Preliminary Infringement Contentions and accompanying production pursuant to Patent Local Rules 3-1 and 3-2 was September 13, 2013;

WHEREAS, pursuant to the Case Management Order (Dkt 25), the deadline for GSI's Invalidity Contentions and accompanying document production pursuant to Patent Local Rules 3-3 and 3-4 was November 27, 2013;

WHEREAS, pursuant to the Case Management Order (Dkt 25), Cypress and GSI provided their respective contentions pursuant to the relevant Patent Local Rules on September 13, 2013, and November 27, 2013, respectively;

WHEREAS, Cypress provided amended Infringement Contentions with respect to its doctrine of equivalents allegations on September 30, 2013;

WHEREAS, the Court held a claim construction hearing for United States Patent Nos. 7,142,477 (the "'477 patent) and 6,651,134 (the "'134 patent"), on May 20, 2014;

WHEREAS, on July 29, 2014, the Court issued the Order Construing Claims Of U.S. Patent Nos. 6,651,134 And 7,142,477 (Dkt 114), construing, among others, the term "sending write data"/"write data is sent across a write path" with respect to the '477 patent and the terms "address signal" and "memory" with respect to the '134 patent;

WHEREAS, the parties agreed to exchange supplemental contentions (GSI's supplemental invalidity contentions with respect to the '477 patent and Cypress's supplemental infringement contentions with respect to the '134 patent) on September 19, 2014, in light of the Court's construction of certain terms of the '477 and '134 patents;

WHEREAS, on September 19, 2014, Cypress served GSI with its amended Patent Local Rule 3-1 infringement contentions with respect to the '134 patent ("Cypress Amended Infringement Contentions") and GSI served Cypress with its amended Patent Local Rule 3-3 invalidity contentions with respect to the '477 patent ("GSI Amended Invalidity Contentions");

DLA Piper LLP (US)
East Palo Alto
WEST\250619301.1
-1-
CASE NO. 13-CV-02013-JST (JCS)
STIPULATION AND [PROPOSED] ORDER CONCERNING
THE PARTIES' SUPPLEMENTAL PATENT LOCAL RULE CONTENTIONS

and

WHEREAS, the parties agree that the Cypress Amended Infringement Contentions and the GSI Amended Invalidity Contentions shall be deemed amended pursuant to Patent Local Rule 3-6;

IT IS HEREBY AGREED AND STIPULATED by and between the parties, through their respective counsel and subject to the Court's approval, good cause having been timely shown, that the Cypress Amended Infringement Contentions and the GSI Amended Invalidity Contentions shall be deemed appropriately amended pursuant to Patent Local Rule 3-6 and, thus, are hereby adopted as the parties' respective contentions with respect to the patents addressed in the amended contentions.

Dated:  September 30, 2014                                  Respectfully Submitted,

FISH & RICHARDSON, P.C.

By: */s/ David Hoffman, by permission*
David Hoffman
Attorneys for Plaintiff
CYPRESS SEMICONDUCTOR CORP.

DLA PIPER LLP (US)

By: */s/ Michael G. Schwartz*
Michael G. Schwartz
Attorneys for Defendant
GSI TECHNOLOGY, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  October 7, 2014

By _____
Jon S. Tigar
United States District Judge

DLA Piper LLP (US)
East Palo Alto

WEST\250619301.1

-2-

CASE NO. 13-CV-02013-JST (JCS)
STIPULATION AND [~~PROPOSED~~] ORDER CONCERNING
THE PARTIES' SUPPLEMENTAL PATENT LOCAL RULE CONTENTIONS

**SIGNATURE ATTESTATION**

I, Michael Schwartz, am the ECF user whose identification and password are being used to file this STIPULATION AND [PROPOSED] ORDER CONCERNING THE PARTIES' SUPPLEMENTAL PATENT LOCAL RULE CONTENTIONS in compliance with Civil L.R. 6-2 and 7-12.  Concurrence to the filing of this document was obtained from David Hoffman, counsel for Cypress Semiconductor Corporation, on September 30, 2014.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated:  September 30, 2014

DLA PIPER LLP (US)

*/s/ Michael G. Schwartz*
Michael G. Schwartz
Attorneys for Defendant
GSI TECHNOLOGY, INC.

DLA Piper LLP (US)
East Palo Alto

WEST\250619301.1

-3-

CASE NO. 13-CV-02013-JST (JCS)
STIPULATION AND [PROPOSED] ORDER CONCERNING
THE PARTIES' SUPPLEMENTAL PATENT LOCAL RULE CONTENTIONS