| | |
|---|---|
| Frank E. Scherkenbach<br>(Bar No. 142549 / scherkenbach@fr.com)<br>FISH & RICHARDSON P.C.<br>1 Marina Park Drive<br>Boston, MA 02210<br>Telephone: (617) 542-5070<br>Facsimile: (617) 542-8906<br><br>Thomas L. Halkowski<br>(admitted *pro hac vice* /  halkowski@fr.com)<br>FISH & RICHARDSON P.C.<br>222 Delaware Avenue, 17th Floor<br>Post Office Box 1114<br>Wilmington, DE 19899-1114<br>Tel: (302) 652-5070     Fax: (302) 652-0607<br><br>Erin C. Jones<br>(Bar No. 252947  / erin.jones@fr.com)<br>FISH & RICHARDSON P.C.<br>500 Arguello Street, Suite 500<br>Redwood City, California 94070-1526<br>Tel:  (650) 839-5070     Fax:  (650) 839-5071<br><br>David M. Hoffman<br>(admitted *pro hac vice /* hoffman@fr.com)<br>One Congress Plaza, Suite 810<br>111 Congress Avenue<br>Austin, TX 78701<br>Tel: (512) 226-8154     Fax:  (512) 320-8935<br><br>Attorneys for Plaintiff<br>CYPRESS SEMICONDUCTOR CORPORATION | Mark Fowler (Bar No. 124235)<br>*mark.fowler@dlapiper.com*<br>Gerald T. Sekimura (Bar No. 096165)<br>*gerald.sekimura@dlapiper.com*<br>Andrew P. Valentine (Bar No. 162094)<br>*andrew.valentine@dlapiper.com*<br>Alan Limbach (Bar No. 173059)<br>*alan.limbach@dlapiper.com*<br>Timothy Lohse (Bar No. 177230)<br>*timothy.lohse@dlapiper.com*<br>Michael G. Schwartz (Bar No. 197010)<br>*michael.schwartz@dlapiper.com*<br>Brent Yamashita (Bar No. 206890)<br>*brent.yamashita@dlapiper.com*<br>Erik R. Fuehrer (Bar No. 252578)<br>*erik.fuehrer@dlapiper.com*<br>Saori Kaji (Bar No. 260392)<br>*saori.kaji@dlapiper.com*<br>Katherine Cheung (Bar No. 288051)<br>*katherine.cheung@dlapiper.com*<br>DLA PIPER LLP (US)<br>2000 University Avenue<br>East Palo Alto, CA 94303-2214<br>Tel: 650.833.2000<br>Fax: 650.833.2001<br><br>Attorneys for Defendant<br>GSI TECHNOLOGY, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CYPRESS SEMICONDUCTOR CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>GSI TECHNOLOGY, INC.,<br><br>    Defendant. | Case No. 3:13-cv-02013-JST<br><br>**STIPULATION AND [PROPOSED] ORDER RE ENTRY OF EQUIPMENT INTO THE COURT PURSUANT TO GENERAL ORDER NO. 58 FOR MARKMAN HEARING**<br><br>Date:         October 28, 2014<br>Time:        2:00 p.m.<br>Judge:      Hon. Jon S. Tigar<br>Courtroom: 9, 19th Floor |

1  WHEREAS, on October 28, 2014, at 2:00 p.m., the Court is scheduled to hear the parties' claim construction arguments.

WHEREAS, the parties intend to use projectors, related projection equipment, and laptop computers to present their claim construction arguments to the Court.

NOW, THEREFORE, the parties respectfully request that the Court issue an order permitting projectors, related projection equipment, and laptop computers to be brought into the Courtroom to be used by the parties in presenting their tutorials to the Court.

**IT IS SO STIPULATED.**

Dated: October 22, 2014                      Dated: October 22, 2014

FISH & RICHARDSON P.C.                       DLA PIPER LLP

By   */s/ David M. Hoffman*                  By:  */s/ Michael G. Schwartz*
     David M. Hoffman                             Michael G. Schwartz

Attorneys for Plaintiff                      Attorneys for Defendant
CYPRESS SEMICONDUCTOR CORP.                  GSI TECHNOLOGY, INC.

## [PROPOSED] ORDER

IT IS HEREBY ORDERED that:

Projectors, related projection equipment, and laptop computers may be brought into Courtroom 9, 19th Floor, of the Courthouse of the United States District Court for the Northern District of California, San Francisco Division, on October 28, 2014 for the express purpose of presenting the parties' claim construction arguments.

IT IS SO ORDERED.

Dated: October 23, 2014

Hon. J[...]
United [...]

*IT IS SO ORDERED*
*Judge Jon S. Tigar*

1   STIP & [PROPOSED] ORDER RE ENTRY OF EQUIPMENT INTO THE COURT PER CL. ORDER NO. 58 FOR MARKMAN HRG
    Case No. 3:13-cv-02013-JST

# SIGNATURE ATTESTATION

Pursuant to Civil Local Rule 5-1, I attest that concurrence in the filing of this document has been obtained from the signatory listed above.

Dated:  October 22, 2014              FISH & RICHARDSON P.C.

                                      By:   */s/ David M. Hoffman*
                                            David M. Hoffman