| | |
|---|---|
| Frank E. Scherkenbach<br>(Bar No. 142549 / scherkenbach@fr.com)<br>FISH & RICHARDSON P.C.<br>1 Marina Park Drive<br>Boston, MA 02210<br>Telephone: (617) 542-5070<br>Facsimile: (617) 542-8906<br><br>Thomas L. Halkowski<br>(admitted *pro hac vice* / halkowski@fr.com)<br>FISH & RICHARDSON P.C.<br>222 Delaware Avenue, 17th Floor<br>Post Office Box 1114<br>Wilmington, DE 19899-1114<br>Tel: (302) 652-5070    Fax: (302) 652-0607<br><br>Erin C. Jones<br>(Bar No. 252947  / erin.jones@fr.com)<br>FISH & RICHARDSON P.C.<br>500 Arguello Street, Suite 500<br>Redwood City, California 94070-1526<br>Tel:  (650) 839-5070    Fax:  (650) 839-5071<br><br>David M. Hoffman<br>(admitted *pro hac vice* / hoffman@fr.com)<br>FISH & RICHARDSON P.C.<br>One Congress Plaza, Suite 810<br>111 Congress Avenue<br>Austin, TX 78701<br>Tel: (512) 226-8154    Fax:  (512) 320-8935<br><br>Attorneys for Plaintiff<br>CYPRESS SEMICONDUCTOR CORPORATION | Mark Fowler (Bar No. 124235)<br>mark.fowler@dlapiper.com<br>Gerald T. Sekimura (Bar No. 096165)<br>gerald.sekimura@dlapiper.com<br>Andrew P. Valentine (Bar No. 162094)<br>andrew.valentine@dlapiper.com<br>Alan Limbach (Bar No. 173059)<br>alan.limbach@dlapiper.com<br>Timothy Lohse (Bar No. 177230)<br>timothy.lohse@dlapiper.com<br>Brent Yamashita (Bar No. 206890)<br>brent.yamashita@dlapiper.com<br>Erik R. Fuehrer (Bar No. 252578)<br>erik.fuehrer@dlapiper.com<br>Saori Kaji (Bar No. 260392)<br>saori.kaji@dlapiper.com<br>Katherine Cheung (Bar No. 288051)<br>katherine.cheung@dlapiper.com<br>DLA PIPER LLP (US)<br>2000 University Avenue<br>East Palo Alto, CA 94303-2214<br>Tel: 650.833.2000<br>Fax: 650.833.2001<br><br>Attorneys for Defendant<br>GSI TECHNOLOGY, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CYPRESS SEMICONDUCTOR CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>GSI TECHNOLOGY, INC.,<br><br>    Defendant. | Case No. 3:13-cv-02013-JST<br><br>**JOINT STATUS REPORT** |

Pursuant to the Court's October 7, 2014 Order Granting Motion to Stay (ECF No. 126), this Joint Status Report is hereby submitted on behalf of Plaintiff Cypress Semiconductor Corporation ("Cypress") and Defendant GSI Technology, Inc. ("GSI").

The Patent Trial and Appeal Board ("PTAB") instituted *inter partes* review ("IPR") of United States Patent Nos. 6,069,839 ("the '839 patent"), 6,292,403 ("the '403 patent"), 6,385,128 ("the '128 patent"), and 6,445,645 ("the '645 patent"). Cypress and GSI completed oral arguments for the '839 and '403 patents on January 12, 2015. The PTAB's final written decision for the '839 and '403 patents is expected on or before April 16, 2015. The IPRs for the '128 and '645 patents are still pending and the oral arguments are scheduled as follows:

- The '128 patent - April 14, 2015
- The '645 patent - April 14, 2015

The PTAB's final written decision of the '128 and '645 patents is expected on or before August 11, 2015.

Respectfully submitted,

| Dated: April 2, 2015 | Dated: April 2, 2015 |
|---|---|
| FISH & RICHARDSON P.C. | DLA PIPER LLP |
| By  */s/ David M. Hoffman*<br>     David M. Hoffman | By:  */s/ Andrew P. Valentine*<br>     Andrew P. Valentine |
| Attorneys for Plaintiff<br>CYPRESS SEMICONDUCTOR CORP. | Attorneys for Defendant<br>GSI TECHNOLOGY, INC. |

## **SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5-1, I attest that concurrence in the filing of this document has been obtained from the signatory listed above.

Dated: April 2, 2015                                    FISH & RICHARDSON P.C.

By:  */s/ David M. Hoffman*
     David M. Hoffman