1  MARK FOWLER (Bar No. 124235)
*mark.fowler@dlapiper.com*
2  GERALD T. SEKIMURA (Bar No. 096165)
*gerald.sekimura@dlapiper.com*
3  ANDREW P. VALENTINE (Bar No. 162094)
*andrew.valentine@dlapiper.com*
4  ALAN LIMBACH (Bar No. 173059)
*alan.limbach@dlapiper.com*
5  TIMOTHY LOHSE (Bar No. 177230)
*timothy.lohse@dlapiper.com*
6  BRENT YAMASHITA (Bar No. 206890)
*brent.yamashita@dlapiper.com*
7  ERIK FUEHRER (Bar No. 252578)
*erik.fuehrer@dlapiper.com*
8  SAORI KAJI (Bar No. 260392)
*saori.kaji@dlapiper.com*
9  KATHERINE CHEUNG (Bar No. 288051)
katherine.cheung@dlapiper.com
10  DLA PIPER LLP (US)
2000 University Avenue
11  East Palo Alto, CA  94303-2214
Tel:  650.833.2000
12  Fax:  650.833.2001

13  Attorneys for Defendant
GSI TECHNOLOGY, INC.

14

UNITED STATES DISTRICT COURT

15

NORTHERN DISTRICT OF CALIFORNIA

16

SAN FRANCISCO DIVISION

17

18  CYPRESS SEMICONDUCTOR
CORPORATION,

19          Plaintiff,                           **CASE NO.  3:13-CV-02013-JST (JCS)**

20          v.                                    **STIPULATION AND [PROPOSED]
ORDER CONCERNING ENLARGEMENT
21  GSI TECHNOLOGY, INC.,                         OF TIME TO BRIEFING DEADLINES**

22                                                **JURY TRIAL DEMANDED**

23          Defendant.

24

25

26

27

28

1    Pursuant to Local Rules 6-2 and 7-12 of the United States District Court for the Northern

2    District of California, Defendant GSI Technology, Inc. ("GSI") and Plaintiff Cypress

3    Semiconductor Corporation ("Cypress") stipulate as follows:

4    WHEREAS, on April 24, 2015, Cypress filed a Notice of Motion and Motion for Order

5    Lifting Stay (Dkt 145) (the "Motion") and an Administrative Motion to Shorten Time to Respond

6    to and for Hearing on Motion for Order Lifting Stay (Dkt 146) (the "Administrative Motion");

7    WHEREAS, on April 28, 2015, the Court granted the Administrative Motion and set the

8    deadline for any response to the Motion for May 4, 2015, and the deadline for any reply to any

9    response to the Motion for May 6, 2015;

10    WHEREAS, as set forth in Cypress's Motion, the parties have been engaged in settlement

11    discussions that are ongoing (*see, e.g.*, Motion, footnote 3);

12    WHEREAS, prior to and concurrently with the filing of this Stipulation, several additional

13    depositions have been put on hold to accommodate ongoing discussions;

14    WHEREAS, concurrently with the filing of this Stipulation, Cypress requested and GSI

15    agreed to an additional extension of one week for Cypress to respond to GSI's Third Set of

16    Interrogatories to Cypress (Nos. 15-22) and Fourth Set of Requests for Production of Documents

17    to Cypress (Nos. 156-165);

18    WHEREAS, the parties have met and conferred and agree that, in light of the ongoing

19    discussions and discovery accommodations identified above, a brief enlargement of time for

20    GSI's response to the Motion and Cypress's reply to the response would be appropriate;

21    IT IS HEREBY AGREED AND STIPULATED by and between the parties, through their

22    respective counsel and subject to the Court's approval, that the briefing deadlines on the Motion

23    be modified as follows to adopt the default briefing deadlines set forth in Local Rule 7-3:

24

25

| Event | Current Date | New Proposed Date (L.R. 7-3) |
|---|---|---|
| Opposition to the Motion | May 4, 2015 | **May 8, 2015** |
| Reply to the Opposition | May 6, 2015 | **May 15, 2015** |

26

27

28

DLA PIPER LLP (US)
EAST PALO ALTO

WEST\258343562

-1-

CASE NO. 13-CV-02013-JST (JCS)
STIPULATION AND [PROPOSED] ORDER CONCERNING
ENLARGEMENT OF TIME TO BRIEFING DEADLINES

1  Dated:  May 1, 2015                    Respectfully Submitted,

2

3                                         FISH & RICHARDSON, P.C.

4                                         By: /s/ David Hoffman, by permission
                                              David Hoffman
5                                             Attorneys for Plaintiff
                                              CYPRESS SEMICONDUCTOR CORP.
6

7

8                                         DLA PIPER LLP (US)

9                                         By: /s/ Saori Kaji
                                              Saori Kaji
10                                            Attorneys for Defendant
                                              GSI TECHNOLOGY, INC.
11

12

13  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

14

15  Dated:  _____May 1_____, 2015

16  By _____

17

18                                        IT IS SO ORDERED
                                          Judge Jon S. Tigar
19

20

21

22

23

24

25

26

27

28

-2-

DLA PIPER LLP (US)
EAST PALO ALTO
WEST\258343562
CASE NO. 13-CV-02013-JST (JCS)
STIPULATION AND [PROPOSED] ORDER CONCERNING
ENLARGEMENT OF TIME TO BRIEFING DEADLINES

**SIGNATURE ATTESTATION**

I, Saori Kaji, am the ECF user whose identification and password are being used to file this STIPULATION AND [PROPOSED] ORDER CONCERNING ENLARGEMENT OF TIME TO BRIEFING DEADLINES in compliance with Civil L.R. 6-2 and 7-12.  Concurrence to the filing of this document was obtained from David Hoffman, counsel for Cypress Semiconductor Corporation, on May 1, 2015.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated:  May 1, 2015

DLA PIPER LLP (US)


*/s/ Saori Kaji*

Saori Kaji
Attorneys for Defendant
GSI TECHNOLOGY, INC.

DLA PIPER LLP (US)
EAST PALO ALTO

WEST\258343562

-3-

CASE NO. 13-CV-02013-JST (JCS)
STIPULATION AND [PROPOSED] ORDER CONCERNING
ENLARGEMENT OF TIME TO BRIEFING DEADLINES