MARK FOWLER (Bar No. 124235)
*mark.fowler@dlapiper.com*
GERALD T. SEKIMURA (Bar No. 096165)
*gerald.sekimura@dlapiper.com*
ANDREW P. VALENTINE (Bar No. 162094)
*andrew.valentine@dlapiper.com*
ALAN LIMBACH (Bar No. 173059)
*alan.limbach@dlapiper.com*
TIMOTHY LOHSE (Bar No. 177230)
*timothy.lohse@dlapiper.com*
BRENT YAMASHITA (Bar No. 206890)
*brent.yamashita@dlapiper.com*
ERIK FUEHRER (Bar No. 252578)
*erik.fuehrer@dlapiper.com*
SAORI KAJI (Bar No. 260392)
*saori.kaji@dlapiper.com*
KATHERINE CHEUNG (Bar No. 288051)
katherine.cheung@dlapiper.com
DLA PIPER LLP (US)
2000 University Avenue
East Palo Alto, CA  94303-2214
Tel:  650.833.2000
Fax:  650.833.2001

Attorneys for Defendant
GSI TECHNOLOGY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CYPRESS SEMICONDUCTOR CORPORATION,<br><br>       Plaintiff,<br><br>       v.<br><br>GSI TECHNOLOGY, INC.,<br><br>       Defendant. | **CASE NO.  3:13-CV-02013-JST (JCS)**<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>**[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**<br><br>**JURY TRIAL DEMANDED** |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), and subject to the approval of the Court, IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Cypress Semiconductor Corporation ("Cypress") and Defendant GSI Technology, Inc. ("GSI") that Case No. 3:13-CV-02013-JST (JCS) be dismissed with prejudice, with each party to bear its own costs, expenses, and attorneys' fees.

Dated:  May 7, 2015                                              Respectfully Submitted,

FISH & RICHARDSON, P.C.

By: */s/ David Hoffman*
David Hoffman
Attorneys for Plaintiff
CYPRESS SEMICONDUCTOR CORP.

DLA PIPER LLP (US)

By: */s/ Andrew P. Valentine*
Andrew P. Valentine
Attorneys for Defendant
GSI TECHNOLOGY, INC.

**[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that Case No. 3:13-CV-02013-JST (JCS) is dismissed with prejudice, with each party to bear its own costs, expenses, and attorneys' fees.

**SO ORDERED.**

Dated: _____, 2015             By _____
Jon S. Tigar
United States District Judge

**SIGNATURE ATTESTATION**

I, Andrew P. Valentine, am the ECF user whose identification and password are being used to file this STIPULATION OF DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE in compliance with Civil L.R. 6-2 and 7-12. Concurrence to the filing of this document was obtained from David Hoffman, counsel for Cypress Semiconductor Corporation, on May 7, 2015.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: May 7, 2015

DLA PIPER LLP (US)

*/s/ Andrew P. Valentine*
Andrew P. Valentine
Attorneys for Defendant
GSI TECHNOLOGY, INC.