UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYPRESS SEMICONDUCTOR CORPORATION,<br><br>          Plaintiff,<br><br>     v.<br><br>GSI TECHNOLOGY, INC.,<br><br>          Defendant. | Case No.  13-cv-02013-JST<br><br>**MINUTE ORDER NOTING DISMISSAL**<br><br>Re: ECF No. 150 |

The parties have filed a stipulation of dismissal dated May 7, 2015, stating that they have agreed to a settlement of this action. ECF No. 150. Because the stipulation is signed by all parties who have appeared, it is effective without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

This case has been dismissed with prejudice. The Clerk shall close the file.

**IT IS SO ORDERED**.

Dated: May 7, 2015

_____
JON S. TIGAR
United States District Judge